# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

-VS-

EXIL JOHNSON,
        Defendant

Court Number: 01-72842
Honorable: Patrick J. Duggan
Claim Number: 2001A11416

_____/

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated:  January 9, 2009January 9, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 9, 2009 January 9, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager